**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI THOMAS SHAW,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AZ PATIO HEATERS, LLC, AMAZON.COM SERVICES, LLC; DOES 1-50; and ROE Corporations 1-50, inclusive,<br><br>Defendants. | Case No. 21-cv-5149-JFW (JEMx)<br><br>**ORDER REMANDING CASE TO STATE COURT** |

For good cause shown, IT IS HEREBY ORDERED:

1. This Action is remanded to the Superior Court of California, County of Ventura;

2. Plaintiff is bound to seek no more than $75,000 in total, exclusive of interest and costs in this litigation from either or all defendants; and

3. The parties shall bear their own attorneys' fees and costs with respect to removal and subsequent remand of the Action.

**IT IS SO ORDERED.**

DATED: July 19, 2021

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE